

FILED

04/06/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0665

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 18-0665

STATE OF MONTANA,

Plaintiff and Appellee,

v.

J.W.K.,

Defendant and Appellant.

ORDER

FILED

APR 06 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Appellant, J.W.K., has filed a petition for rehearing of this Court's March 2, 2021 Memorandum Opinion affirming an order from the Eighteenth Judicial District Court, Gallatin County, sentencing him to ten years in prison with a five-year parole restriction.

J.W.K. maintains this Court's memorandum opinion conflicts with controlling statutes or case law because this Court referred to J.W.K.'s statement to the District Court that he did not intend to present an "affirmative defense" of mental disease or defect. However, the record reflects that J.W.K. was explaining and acknowledging that he intended to hold the State to its burden of proof, including proving the mental element of the crime. Pursuant to § 46-15-323(3), MCA, "the defendant shall provide the prosecutor with written notice of the defendant's intention to introduce evidence at trial of the defense that because of a mental disease or disorder, the defendant did not have a particular state of mind that is an essential element of the offense charged." The District Court's colloquy with J.W.K. was aimed at assessing the need for a continuance. As it pertains to J.W.K.'s request for continuance, it is irrelevant whether J.W.K.'s evidence of mental disease or defect was referred to as an affirmative defense or a defense.

Under M. R. App. P. 20, this Court will consider a petition for rehearing only if the opinion "overlooked some fact material to the decision," if the opinion missed a question provided by a party or counsel that would have decided the case, or if our decision

"conflicts with a statute or controlling decision not addressed" by the Court. M. R. App. P. 20. Having fully considered Appellant's petition, the Court concludes that rehearing is not warranted under M. R. App. P. 20.

IT IS THEREFORE ORDERED that the petition for rehearing is DENIED.

The Clerk is directed to provide copies of this Order to all parties and counsel of record.

Dated this _____ day of April, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices

2